DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*



FILED
AUG 2 7 2007
USDC WP SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
SOMPO JAPAN INSURANCE, INC.,          :

         *Plaintiff,*                :

   - against -                        :

M/V FEI HE, M/V COSCO KIKU, SEA TRADE :
INTERNATIONAL, INC., and COSCO
CONTAINER LINES CO., LTD.,            :

         *Defendant.*
------------------------------x

07 CIV. 7605

JUDGE PAULEY

ECF Case
07 Civ.

**STATEMENT PURSUANT
TO FRCP 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:                    SOMPO INSURANCE INC.

Dated: Rye, New York
      August 27, 2007

MALOOF BROWNE & EAGAN LLC

By: _____
    David T. Maloof (DM 3350)
    Thomas M. Eagan (TE 1713)
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200

*Attorneys for Plaintiff Sompo Japan
Insurance Inc.*

F:\WP-DOCS\1501.19\082407 Complaint.doc