AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

SOMPO JAPAN INSURANCE, INC

**SUMMONS IN A CIVIL ACTION**

V.

M/V FEI HE, M/V KIKU, SEA TRADE INTERNATIONAL, INC., and COSCO CONTAINER LINES, CO. LTD.

CASE NUMBER:

**07 CIV. 7605**

**JUDGE PAULEY**

TO: (Name and address of Defendant)

Sea Trade International, Inc.
c/o 1460 Route 9 North
Suite 205
Woodbridge, NJ 07095

COSCO Container Lines Co., Ltd.
c/o COSCO Container Lines America, Inc.
100 Lightning Way
Secaucus, NJ 07094

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Rye, New York 10580

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                    AUG 2 7 2007

CLERK                                                               DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SOMPO JAPAN INSURANCE, INC**

        **Plaintiff,**

vs.

M/V FEI HE, et al

        **Defendants.**

Case No.
07 Cv. 7605

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On August 30, 2007 at 11:20 a.m. at 100 Lighning Way, Secaucus, NJ 07094, I served the within **SUMMONS and COMPLAINT** on **COSCO CONTAINER LINES CO., LTD**, defendant therein named, by delivering true copies of same to **DAVID MARCANO, designated agent**.

The person served is a white male, brown/gray hair, 40-50 years old, 6'1"-6'2" in height, 175-185 pounds.

                                              Caswell Bryan
                                              License No. 846846

Sworn to before me this
30th day of August 2007.

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SOMPO JAPAN INSURANCE, INC**

        **Plaintiff,**

vs.

**M/V FEI HE, et al**

        **Defendants.**

Case No.
07 Cv. 7605

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On August 30, 2007 at 9:35 a.m. at 1460 Route 9 North, Suite 206, Woodbridge, NJ 07095, I served the within **SUMMONS and COMPLAINT** on **SEA TRADE INTERNATIONAL, INC**, defendant therein named, by delivering true copies of same to **ALEX ZHAO, Manager**.

The person served is a Chinese male, black hair, 35-45 years old, 5'7"-5'9" in height, 160-170 pounds.

_____
Caswell Bryan
License No. 846846

Sworn to before me this
30th day of August 2007.

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796