9018/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Sea Trade International, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOMPO JAPAN INSURANCE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> M/V FEI HE, M/V COSCO KIKU, SEA TRADE INTERNATIONAL, INC., AND COSCO CONTAINER LINES CO., LTD. <br><br> Defendants. | ECF Case <br><br> 07 Civ. 7605 <br><br> **RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed. R. Civ. P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sea Trade International, Inc. certifies upon information and belief that Defendant Sea Trade International, Inc. has no corporate parents, subsidiaries or affiliates that are publicly held.

- 2 -

Dated: New York, New York
      September 14, 2007

                                    Respectfully submitted,

                                    CICHANOWICZ, CALLAN, KEANE,
                                    VENGROW & TEXTOR, LLP
                                    Attorneys for Defendant Sea Trade International, Inc.


By: __/ s / Stephen H. Ventrow_____
      Stephen H. Vengrow (SHV/3479)
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042