440-07/ROSS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for COSCO CONTAINER LINES CO. LTD.
80 Pine Street
New York, New York 10005
(212) 425-1900

James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

SOMPO JAPAN INSURANCE, INC.,                    ECF Case

                              Plaintiff,        07 CV 7605 (WHP)

    -    against –

                                                **RULE 7.1 STATEMENT**

M/V FEI HE, M/V KIKU, SEATRADE
INTERNATIONAL INC.,  and COSCO CONTAINER
LINES, CO. LTD.,

                              Defendants.
------------------------------------------------------------x

        Defendant   COSCO CONTAINER LINES, CO. LTD. by and through its attorneys

Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure,

certifies that it is a private (nongovernmental) party, that has no corporate parents and that no

publicly held corporation owns 10% or more of its stock.


Dated: New York, New York
       October    , 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Defendant COSCO CONTAINER
                              LINES, CO. LTD.

                      By:     _____
                              JAMES L. ROSS (JR 6411)
                              80 Pine Street
                              New York, NY  10005
                              (212) 425-1900
                              (212) 425-1901 fax


NYDOCS1/291565.1