STATE OF NEW YORK      :
                       : ss.:
COUNTY OF NEW YORK :

I, LINDA L. URBANOWICZ, being duly sworn say:

I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, New York 10005. On October 10, 2007, I served the within **ANSWER TO COMPLAINT** upon:

| | |
|---|---|
| Maloof Browne & Eagan, LL<br>Attorneys for Plaintiff Sompo Japan Insurance, Inc.<br>411 Theodore Fremd Avenue<br>Suite 190<br>Rye, New York 10580<br>Attention: David T. Maloof, Esq. and Thomas M. Eagan, Esq. | Cichanowicz Callan Keane Vengrow & Textor<br>Attorneys for Defendant SeaTrade International, Inc.<br>61 Broadway<br>Suite 3000<br>New York, New York 10006<br>Attention: Stephen H. Vengrow, Esq. |

at the above address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Linda L. Urbanowicz

Sworn to before me on the
10th day of October 2007.

_____
Notary Public

GLORIA J. REGIS HOSEIN
Notary Public, State of New York
No. 01RE6065625, Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 22, 2009

NYDOCS1/291563.1