DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SOMPO JAPAN INSURANCE, INC.,                  :

                *Plaintiff,*          :       **06 Civ. 7605 (WHP)**

     - against -                                 :

M/V FEI HE, M/V COSCO KIKU, SEA               :       **JOINT SCHEDULING REPORT**
TRADE INTERNATIONAL, INC., and
COSCO CONTAINER LINES CO., LTD.,              :

                *Defendant.*         :
------------------------------------x

Plaintiff, Sompo Japan Insurance, Inc., and Defendants SeaTrade International, Inc., and COSCO Container Lines Co., Ltd., through respective undersigned counsel, submit their Joint Scheduling Report as follows:

**1.    Description of the Case**

    a. Attorneys:

           <u>For the Plaintiffs</u>:
           David T. Maloof, Thomas M. Eagan
           Maloof Browne & Eagan, LLC
           411 Theodore Fremd Avenue – Suite 190
           Rye, New York 10580

Tel: (914) 921-1200
*Attorneys for Plaintiff*

For the Defendants:
James L. Ross, Esq.
Freehill Hogan & Mahar LLP
80 Pine St
New York, NY, 10005-1759
Tel: (212) 425-1900
Fax: (212) 425-1901
Email: Ross@freehill.com
*Attorneys for Defendant*
*COSCO Container Lines Co., Ltd.*

Patrick M. Decharles, II Esq.
Cichanowicz Callan Keane Vengrow & Textor LLP
61 Broadway Ste 3000
New York, NY, 10006-2802
Tel: (212) 344-7042
Fax: (212) 344-7285
Email: bycalan@cckvt.com
*Attorneys for Defendant*
*Sea Trade International, Inc.*

b. Plaintiff alleges Federal jurisdiction is based on 28 U.S.C. § 1333 – breach of contract of carriage of goods by sea.

c. Plaintiff is a subrogated underwriter of the shipper of a cargo of scallops who seeks recovery of $130,000 plus interest and costs for damage allegedly occurring en route from Boston to Japan.

2. **Proposed case management plan**

a) Pending motions: none

b) Deadline for joinder of additional parties: January 31, 2008.

c) Deadline for amendments to pleadings: January 31, 2008.

d) (i) Rule 26 (a) (1) Disclosures shall be served by December 11, 2007.

(ii) Factual discovery shall be completed by March 15, 2008.

(iii) The parties shall identify its experts by February 15, 2008.

(iv) Expert reports shall be served by March 31, 2008.

(v) Expert discovery shall be completed by April 15, 2008.

e) Final pretrial order shall be filed by April 30, 2008.

f) The parties agree that service of papers can also be made by e-mail or fax.

Dated: Rye, New York
December 6, 2007

MALOOF BROWNE & EAGAN LLC

By       s/ Thomas M. Eagan
    David T. Maloof (DM 3350)
    Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue – Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com

*Attorneys for Plaintiff Sompo Japan Insurance, Inc.*

FREEHILL HOGAN & MAHAR LLP

By     s/ James L. Ross
    James L. Ross, Esq. (JR 6411)
80 Pine St
New York, NY, 10005-1759
Tel: (212) 425-1900
Fax: (212) 425-1901
Email: Ross@freehill.com

*Attorneys for Defendant COSCO Container Lines Co., Ltd.*

CICHANOWICZ CALLAN KEANE
VENGROW & TEXTOR LLP

By s/ Patrick M. DeCharles
    Patrick M. Decharles, II Esq. (PMD 9984)
61 Broadway Ste 3000
New York, NY, 10006-2802
Tel: (212) 344-7042
Fax: (212) 344-7285
Email: bycalan@cckvt.com

*Attorneys for Defendant Sea Trade International, Inc.*

SO ORDERED: _____
                  U.S.D.J.

\\Server1\company\WP-DOCS\1501.19\112807 Joint Scheduling Report.doc