UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SOMPO JAPAN INSURANCE, INC.,                :

                Plaintiff,     :     07 Civ. 7605 (WHP)

      -against-                      :     SCHEDULING ORDER NO. 1

M/V FEI HE, et al.,                         :

                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Counsel for all parties having appeared for a December 14, 2007 conference, the following schedule is established on consent:

1. Discovery shall be completed by April 15, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by May 5, 2008; and

3. This Court will hold a final pre-trial conference on May 9, 2008 at 11:45 a.m.

Dated:   December 14, 2007
        New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record:*

Thomas Eagan, Esq.
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580

*Counsel for Plaintiff*

Lawrence J. Kahn, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Defendant COSCO Container Lines Co., Ltd.*

Michael. DeCharles, II, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006
*Counsel for Defendant Sea Trade International, Inc.*