USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SOMPO JAPAN INSURANCE, INC.,            :

              Plaintiff,            :       07 Civ. 7605 (WHP)

      -against-                        :       <u>SCHEDULING ORDER NO. 1</u>

M/V FEI HE, et al.,                                    :

            Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Counsel for the parties having requested an extension in the schedule, the following schedule is established on consent:

1. Discovery shall be completed by June 16, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by July 8, 2008; and

3. This Court will hold a final pre-trial conference on July 18, 2008 at 11:30 a.m.

Dated:   April 14, 2008
          New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record:*

Thomas Eagan, Esq.
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
*Counsel for Plaintiff*

Lawrence J. Kahn, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Defendant COSCO Container Lines Co., Ltd.*

Michael. DeCharles, II, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006
*Counsel for Defendant Sea Trade International, Inc.*