USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08

440-07/ROSS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
SOMPO JAPAN INSURANCE, INC.,

                              Plaintiff,                    07 CV 7605 (WHP)

   - against –

                                                          **SCHEDULING ORDER NO.3**

M/V FEI HE, M/V KIKU, SEATRADE
INTERNATIONAL INC. and COSCO CONTAINER
LINES, CO. LTD.,

                              Defendants.
-----------------------------------------------------------

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having requested an extension in the schedule, the following schedule is established on consent:

1. Discovery shall be completed by October 17, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by November 12, 2008; and

3. This Court will hold a final pre-trial conference on November 21, 2008 at 9:45 a.m.

Dated: September 8, 2008
        New York, New York

                                           SO ORDERED:

                                           WILLIAM H. PAULEY III
                                           U.S.D.J.

NYDOCS1/310686.1

Counsel of Record:

Maloof Browne & Eagan, LLC
Attorneys for Plaintiff Sompo Japan Insurance, Inc.
411 Theodore Fremd Avenue
Suite 190
Rye, New York 10580
Attention: Thomas M. Eagan, Esq.

Cichanowicz Callan Keane Vengrow & Textor
Attorneys for Defendant Seatrade International, Inc.
61 Broadway – Suite 3000
New York, New York 10006
Attention: Patrick M. DeCharles, II, Esq.

Freehill Hogan & Mahar, LLP
Attorneys for Defendant
Cosco Container Lines Co. Ltd.
80 Pine Street
New York, New York 10005
Attention: James L. Ross, Esq.